UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ENRIQUE ALVEAR**,

    Plaintiff,

vs.                                                              CASE NO. 6:26-cv-00502-JA-RMN

**COSTCO WHOLESALE CORPORATION,**

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through undersigned counsel, give notice that the parties have reached a settlement.  The parties request that the Court stay this case for thirty (30) days to allow them to finalize their settlement agreement and to submit the appropriate dismissal document dismissing this case with prejudice.

    Date:  May 26, 2026.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Lead Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL  33351-7919
T. 954/362-3800
954/362-3779 (Facsimile)
rhannah@rhannahlaw.com


By____*s/Roderick V. Hannah*____
        RODERICK V. HANNAH
        Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
6355 N.W. 36th Street, Ste. 307
Virginia Gardens, FL 33166
T. 305/266-9780
305/269-8311 (Facsimile)
duranandassociates@gmail.com


By ___*s/ Pelayo M. Duran*_____
        PELAYO M. DURAN
        Fla. Bar No. 0146595


**SEYFARTH SHAW LLP**
Lead Counsel for Defendant
1075 Peachtree Street NE, Suite 2500
Atlanta, GA  30309-3968
(404) 885-1500
kyoung@seyfarth.com


By _*s/Kevin M. Young*_____
        KEVIN M. YOUNG
        Fla. Bar No.: 114151

2