# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ENRIQUE ALVEAR,

     Plaintiff,

v.                                                  Case No. 6:26-cv-502-JA-RMN

COSTCO WHOLESALE
CORPORATION,

     Defendant.

## ORDER

The Court has been advised by the parties that the above-styled action has been settled. (Joint Notice of Settlement, Doc. 16).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** that this case is hereby **DISMISSED** subject to the right of any party, within thirty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on May 26, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record